Olga A. Balderama     #166476
obalderama@bakermanock.com
Andrew H. Woo     #261120
awoo@bakermanock.com
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   OLAM AMERICAS, INC., OLAM WEST COAST d/b/a
OLAM SPICES AND VEGETABLES, INC., and OLAM
TOMATO PROCESSORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>OLAM AMERICAS, INC., OLAM WEST COAST d/b/a OLAM SPICES AND VEGETABLES, INC., OLAM TOMATO PROCESSORS, INC. and DOES 1-5, Inclusive,<br><br>Defendants. | CASE No. 1:11-cv-01548-LJO-SMS<br><br>**STIPULATION TO REQUEST A VOLUNTARY SETTLEMENT CONFERENCE**<br><br>**ORDER** |

WHEREAS, Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") filed its complaint in the above-entitled action against Defendants OLAM AMERICAS, INC., OLAM WEST COAST d/b/a OLAM SPICES AND VEGETABLES, INC., and OLAM TOMATO PROCESSORS, INC. ("Defendants") on September 13, 2011.

WHEREAS, Defendants' deadline to file a responsive pleading is November 15, 2011;

WHEREAS, the scheduling conference in this matter is currently scheduled for December 15, 2011;

1 | / / /

2 |       WHEREAS, Plaintiff, by and through its counsel of record Anna Y. Park, Michael
3 | Farrell, and Rumduol Vuong, and Defendants, by and through their counsel of record Olga
4 | Balderama of Baker, Manock, and Jensen, wish to resolve this matter without court intervention in
5 | order to avoid unnecessary consumption of judicial time and resources and to avoid unnecessary
6 | litigation expenses;
7 |       IT IS HEREBY STIPULATED, by and between Plaintiff, on one hand, and
8 | Defendants, on the other hand, acting through their respective counsel of record, as follows:
9 |     (1)    The parties hereby request that the Court order a voluntary settlement
10 | conference in the above-entitled action;
11 |     (2)    The parties shall participate in a voluntary settlement conference on
12 | December 13, 2011, at 11:00 a.m., before the Honorable Magistrate Judge Sandra M. Snyder;
13 |     (3)    The parties shall submit settlement conference statements by December 6,
14 | 2011;
15 |     (4)    The parties hereby agree that Defendants' time to respond to Plaintiff's
16 | complaint shall be extended to January 3, 2012; and
17 | / / /
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 |

1  / / /

2  / / /

3       (5)    The parties hereby agree that the scheduling conference should be continued to January 18, 2012 at 10:00 a.m. before the Honorable Magistrate Judge Sandra M. Snyder.

DATED:  November 9, 2011

          U.S. EQUAL EMPLOYMENT
          OPPORTUNITY COMMISSION

          /s/ Rumduol Vuong
By:  (as authorized on 11/09/2011)
Anna Y. Park
Michael Farrell
Rumduol Vuong
Attorneys for U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DATED:  November 9, 2011

BAKER MANOCK & JENSEN, PC

By:  /s/ Andrew H. Woo
Olga A. Balderama
Andrew H. Woo
Attorneys for OLAM AMERICAS, INC., OLAM WEST COAST d/b/a OLAM SPICES AND VEGETABLES, INC., and OLAM TOMATO PROCESSORS, INC.

3

**ORDER**

Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and Defendants OLAM AMERICAS, INC., OLAM WEST COAST d/b/a OLAM SPICES AND VEGETABLES, INC., and OLAM TOMATO PROCESSORS, INC. filed a Stipulation to Submit to Voluntary Settlement Conference. After full consideration of the matter, this Court finds that a voluntary settlement conference is appropriate.

IT IS THEREFORE ORDERED that:

1. Plaintiff and Defendants shall appear for a voluntary settlement conference before the Honorable Magistrate Judge Sandra M. Snyder on December 13, 2011 at 11:00 a.m. ~ 9th Floor Chambers;

2. Plaintiff and Defendants shall submit settlement conference statements by December 6, 2011;

3. Defendants' time to respond to Plaintiff's complaint shall be extended to January 3, 2012; and

4. The scheduling conference currently scheduled for December 15, 2011 is CONTINUED to January 18, 2012 at 10:00 a.m. ~ 9th Floor Chambers ~ before the Honorable Magistrate Judge Sandra M. Snyder.

IT IS SO ORDERED.

Dated:   **November 10, 2011**           /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE