Olga A. Balderama                #166476
obalderama@bakermanock.com
Andrew H. Woo                    #261120
awoo@bakermanock.com
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   OLAM AMERICAS, INC., OLAM WEST COAST d/b/a
                OLAM SPICES AND VEGETABLES, INC., and OLAM
                TOMATO PROCESSORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>OLAM AMERICAS, INC., OLAM WEST COAST d/b/a OLAM SPICES AND VEGETABLES, INC., OLAM TOMATO PROCESSORS, INC. and DOES 1-5, Inclusive,<br><br>            Defendants. | CASE No. 1:11-cv-01548-LJO-SMS<br><br>**STIPULATION TO REQUEST A VOLUNTARY SETTLEMENT CONFERENCE**<br><br>**ORDER** |

WHEREAS, Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") filed its complaint in the above-entitled action against Defendants OLAM AMERICAS, INC., OLAM WEST COAST d/b/a OLAM SPICES AND VEGETABLES, INC., and OLAM TOMATO PROCESSORS, INC. ("Defendants") on September 13, 2011.

WHEREAS, Defendants' deadline to file a responsive pleading is November 15, 2011;

WHEREAS, the scheduling conference in this matter is currently scheduled for December 15, 2011;

1 / / /

2 WHEREAS, Plaintiff, by and through its counsel of record Anna Y. Park, Michael
3 Farrell, and Rumduol Vuong, and Defendants, by and through their counsel of record Olga
4 Balderama of Baker, Manock, and Jensen, wish to resolve this matter without court intervention in
5 order to avoid unnecessary consumption of judicial time and resources and to avoid unnecessary
6 litigation expenses;

7 IT IS HEREBY STIPULATED, by and between Plaintiff, on one hand, and
8 Defendants, on the other hand, acting through their respective counsel of record, as follows:

9 (1) The parties hereby request that the Court order a voluntary settlement
10 conference in the above-entitled action;

11 (2) The parties shall participate in a voluntary settlement conference on
12 December 13, 2011, at 11:00 a.m., before the Honorable Magistrate Judge Sandra M. Snyder;

13 (3) The parties shall submit settlement conference statements by December 6,
14 2011;

15 (4) The parties hereby agree that Defendants' time to respond to Plaintiff's
16 complaint shall be extended to January 3, 2012; and

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

1  / / /

2  / / /

3      (5)    The parties hereby agree that the scheduling conference should be continued
4  to January 18, 2012 at 10:00 a.m. before the Honorable Magistrate Judge Sandra M. Snyder.

DATED:  November 9, 2011

                                         U.S. EQUAL EMPLOYMENT
                                         OPPORTUNITY COMMISSION

                                           /s/ Rumduol Vuong
                                        By:  (as authorized on 11/09/2011)
                                         Anna Y. Park
                                         Michael Farrell
                                         Rumduol Vuong
                                         Attorneys for U.S. EQUAL EMPLOYMENT
                                         OPPORTUNITY COMMISSION

DATED:  November 9, 2011

                                         BAKER MANOCK & JENSEN, PC

                                         By:  /s/ Andrew H. Woo
                                         Olga A. Balderama
                                         Andrew H. Woo
                                         Attorneys for OLAM AMERICAS, INC.,
                                         OLAM WEST COAST d/b/a OLAM
                                         SPICES AND VEGETABLES, INC., and
                                         OLAM TOMATO PROCESSORS, INC.

**ORDER**

Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and Defendants OLAM AMERICAS, INC., OLAM WEST COAST d/b/a OLAM SPICES AND VEGETABLES, INC., and OLAM TOMATO PROCESSORS, INC. filed a Stipulation to Submit to Voluntary Settlement Conference.  After full consideration of the matter, this Court finds that a voluntary settlement conference is appropriate.

IT IS THEREFORE ORDERED that:

1. Plaintiff and Defendants shall appear for a voluntary settlement conference before the Honorable Magistrate Judge Sandra M. Snyder on December 13, 2011 at 11:00 a.m. ~ 9th Floor Chambers;

2. Plaintiff and Defendants shall submit settlement conference statements by December 6, 2011;

3. Defendants' time to respond to Plaintiff's complaint shall be extended to January 3, 2012; and

4. The scheduling conference currently scheduled for December 15, 2011 is CONTINUED to January 18, 2012 at 10:00 a.m. ~ 9th Floor Chambers ~ before the Honorable Magistrate Judge Sandra M. Snyder.

IT IS SO ORDERED.

Dated:   **November 10, 2011**            /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE